DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALIAS SMITH, SR.,**
Appellant,

v.

**AMERICAN VAN LINES, INC.,**
Appellee.

No. 4D2025-2397

[May 7, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502025CC004840AXXXMB.

Alias Smith, Sr., West Palm Beach, pro se.

Vincent O'Brien and Alice E. Solomon of O'Brien & Solomon, LLP, Pembroke Pines, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***